## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---------------------------------------------x
:
UNITED STATES OF AMERICA,                    :
:
: Criminal No. 3:01CR149 (AHN)
v.                                           :
:
DEAN DEPRETA,                                : February 9, 2005
:
      Defendant.                             :
---------------------------------------------x

## **MOTION FOR RETURN OF PROPERTY**

      Dean Depreta, the defendant in the above-entitled case, moves the Court for an Order that his United States Passport No. 140602021, which was posted as a condition of his release in this case with the Clerk of the United States District Court for the District of Connecticut be released. In support of this motion, the defendant represents that the defendant has served his sentence in this matter and his bond has been exonerated; therefore, his passport should be returned to him.

      Respectfully Submitted,

_____
Harold James Pickerstein (ct05094)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT  06890
203-319-4000
hpickerstein@pepehazard.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, by U.S. Mail, postage prepaid, on this 9th day of February, 2005, to the following:

Peter Jongbloed, Esq.
Assistant United States Attorney
United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT  06604

 

_____
Harold James Pickerstein