## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

------------------------------------------------x
:
UNITED STATES OF AMERICA,          :
:
                             : Criminal No. 3-01-CR-149 (AHN)
v.                               :
:
DEAN DEPRETA,              :
                               : October 12, 2006
Defendant.               :
------------------------------------------------x

## MOTION TO TERMINATE SUPERVISED RELEASE

Dean DePreta, the defendant in the above entitled action, moves the court, pursuant to the provisions of Rule 32.1(c)(2) to terminate the term of his supervised release. In support of this motion, the defendant represents:

1.     On January 14, 2002, pursuant to his plea of guilty to Counts One, Two and Three of an information, the defendant was sentenced by this court to a term of imprisonment of thirty nine months on each count to run concurrently. Additionally, the defendant was sentenced to a term of supervised release, with special conditions, for a term of thirty six months on each of Counts One, Two and Three.

2.      The defendant has served his full term of imprisonment, has paid his

special assessment, and has been on supervised releases since his release from

incarceration. While incarcerated, the defendant had a perfect institutional record, with

no disciplinary actions whatever.

3.      Since he was released from incarceration, the defendant has been

employed, has been supporting his family, and has successfully and unquestioningly

complied with all of the terms and conditions of his supervised release.

4.      As a part of his employment in the used automobile industry, it is

necessary for the defendant to travel outside of the District of Connecticut in order to

attend various automobile auctions.  To date, the defendant has applied for, and received,

permission from his supervising probation officer to attend such auctions.  However,

since often the defendant does not know in advance when these auctions will occur, it is

sometimes difficult for him to obtain permission to attend the auctions, and, therefore, on

more than one occasion, he has been unable to pursue these legitimate business interests.

Defendant's knowledge and experience in the industry is critical to the continuing success

of his employer; his inability to attend automobile auctions upon short notice is a

financial detriment to the business.

5.      Additionally, the defendant has been granted permission to travel outside of the United States by the Court; the defendant returned as required and his trip outside the United States was without incident.

Based upon the defendant's successful and uneventful service of his term and incarceration, coupled with the defendant's hitherto successful and uneventful service of his supervised release, the purposes of the defendant's sentence have been more than fulfilled. He has returned as a fully productive and responsible member of society.

WHEREFORE, for all the foregoing reasons, the defendant moves that his supervised release be modified so as to terminate it forthwith.

Respectfully Submitted,

By_____
Harold James Pickerstein (ct05094)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 fax
hpickerstein@pepehazard.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, by U.S. Mail, postage prepaid, on this 12th day of October, 2006 to the following:

Peter S. Jongbloed
United States Attorney's Office
157 Church Street, 23rd fl.
New Haven, CT  06510

Harold James Pickerstein

HJP/31742/2/79852v1
10/12/06-SPT/